UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:12-MJ-1021-1RJ

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Renee Audrey Fox** | ) | |

On December 12, 2012, Renee Audrey Fox waived appearance before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and through her attorney, pled guilty to Breaking or Entering of a Building, in violation of 18 U.S.C. § 13 [N.C.G.S. 14-54(b)], and was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on June 12, 2013, the court finds as a fact that Renee Audrey Fox, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to pay a monetary obligation.
2. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of June, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge